UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CENTER FOR BIOLOGICAL
DIVERSITY,

          Petitioner,

  v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY and
UNITED STATES FISH AND
WILDLIFE SERVICE,

          Respondents.

No. 21-71306

EPA No. EPA-HQ-OW-2020-0005
Environmental Protection Agency

**ORDER**

On or before July 13, 2022, counsel shall provide a status report by email to

the Circuit Mediator (stephen_liacouras@ca9.uscourts.gov). Counsel are requested

to include the Ninth Circuit case name and number in the subject line. The status

report should not be filed with the court.

FOR THE COURT:

vs/mediation

Stephen M. Liacouras
Chief Circuit Mediator