| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 21 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CENTER FOR BIOLOGICAL DIVERSITY,

        Petitioner,

 v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES FISH AND WILDLIFE SERVICE,

        Respondents.

No. 21-71306

EPA No. EPA-HQ-OW-2020-0005
Environmental Protection Agency

ORDER

This appeal is stayed until September 27, 2022.

On or before September 12, 2022, counsel shall provide a status report by email to the Circuit Mediator (Stephen_Liacouras@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

        FOR THE COURT:

        By: Stephen M. Liacouras
        Chief Circuit Mediator