| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 12 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Respondents. | No. 21-71306<br><br>EPA No. EPA-HQ-OW-2020-0005<br>Environmental Protection Agency<br><br>**ORDER** |

This appeal is stayed until November 28, 2022.

On or before November 11, 2022, counsel shall provide a status report by email to the Circuit Mediator (stephen_liacouras@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

Stephen M. Liacouras
Chief Circuit Mediator

vs/mediation