| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 18 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Petitioner,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>  Respondents. | No. 21-71306<br><br>EPA No.<br>EPA-HQ-OW-2020-0005<br>Environmental Protection Agency<br><br>ORDER |

This appeal is stayed until March 31, 2023.

On or before March 17, 2023, counsel shall provide a status report by email to the Circuit Mediator (Stephen_Liacouras@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator